EMMA FREY, Plaintiff, v. CHARLES W. FULLER, Respondent, and GEORGE

Traub, Appellant.— Order reversed on the law and motion denied on the authority of *Fox* v. *Western New York Motor Lines, Incorporated* (257 N. Y. 305), decided November 17, 1931. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.